**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Omar Yusuf DESANGES,
Defendant–Appellant.**

No. 02–6791.

United States Court of Appeals, Fourth Circuit.

Submitted July 18, 2002.

Decided July 25, 2002.

Omar Yusuf Desanges, Appellant Pro Se. Thomas Jack Bondurant, Jr., Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Omar Yusuf Desanges seeks to appeal the district court's order dismissing as un-

timely his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Desanges*, Nos. CR–95–46; CA–02–126–7 (W.D.Va. May 2, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*